Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
rubins@ballardspahr.com

*Attorneys for Defendant Prog Leasing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MEYERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PROG LEASING, LLC, a foreign limited-liability company,<br><br>Defendant. | CASE NO. 2:19-cv-01464-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Justin Meyers ("Plaintiff") and Defendant Prog Leasing, LLC ("Defendant")[1] stipulate and agree that Defendant has up to and including October 3, 2019, to respond to Plaintiffs' Complaint (ECF No. 1), to provide additional time for Defendant to investigate Plaintiff's allegations and for Defendant to prepare a response.

*[Continued on the following page.]*

---

[1] By filing this Stipulation, Defendant is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated this 17th day of September, 2019

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ, ESQ. |
|---|---|
| By: /s/ Stacy Rubin<br>Stacy H. Rubin<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Prog Leasing, LLC,* | By: /s/ Kevin Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>8872 S. Eastern Avenue, Suite 270<br>Las Vegas, NV 89123<br><br>kevin@kevinhernandezlaw.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2019