Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MEYERS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PROG LEASING, LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:19-cv-01464-APG-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION TO STRIKE OR ALTERNATIVELY SEVER THIRD PARTY COMPLAINT & STAY FILING OF RESPONSIVE PLEADING [ECF No. 13]**<br><br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Justin Meyers ("Meyers"), and Defendant, Prog Leasing, LLC ("Prog Leasing") (collectively referred to as the "Parties"), by and through their respective attorneys of record, that Plaintiff's deadline to file his Reply in Support of Plaintiff's Motion to Strike or Alternatively Sever Third-Party Complaint & Motion to Stay Filing of Responsive Pleading [Dkt. 13], filed on October 11, 2019, is hereby extended up to and including **November 8, 2019**.

Plaintiff requires additional time to prepare an appropriate response. The Parties have also engaged in settlement discussions and may use this time to discuss possible early resolution of the matter without expending unnecessary attorney's fees and costs.

///

///

///

///

This is the Parties first request for an extension of this deadline and is not made for the purpose of delay or bad faith.

Respectfully Submitted.

Dated: October 30, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: October 30, 2019

**BALLARD SPAHR LLP**

*/s/ Stacy H. Rubin*
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
rubins@ballardspahr.com
***Attorneys for Defendant Prog Leasing, LLC***

**IT IS SO ORDERED**

**DATED:** November 04, 2019

_____
**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**