Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN MEYERS, an individual;<br><br>                    Plaintiff,<br><br>v.<br><br>PROG LEASING, LLC, a foreign limited-liability company;<br><br>                    Defendant. | Case No.: 2:19-cv-01464-APG-BNW<br><br>**NOTICE OF SETTLEMENT** |
| PROG LEASING, LLC,<br><br>                  Third Party Plaintiff,<br><br>v.<br><br>GABRIELLE COOPER,<br><br>                  Third-Party Defendant. | |

The Parties have reached an agreement in principle to resolve this action and anticipate settlement documents will be finalized within the next sixty (60) days. Therefore, the Parties request that the Court vacate all pending deadlines and filing requirements in this matter.

///

///

///

///

///

The Parties further requests that the Court set a deadline sixty (60) days from today for either dismissing this action with prejudice or filing a joint status report regarding settlement.

Dated: March 16, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT** was electronically served to the following parties:

Stacy H. Rubin, Esq.
**BALLARD SPAHR LLP**
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
rubins@ballardspahr.com
LitDocket_West@ballardspahr.com
lvdocket@ballardspahr.com
*Attorneys for Defendant Prog Leasing, LLC*

Gabrielle Cooper
9518 Utrecht St.
Las Vegas, NV 89119

Dated: March 16, 2020

*/s/ Kevin L. Hernandez*   .
An Employee of the Law Office of Kevin L. Hernandez