# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MEYERS,<br><br>    Plaintiff<br><br>v.<br><br>PROG LEASING, LLC,<br><br>    Defendant | Case No.: 2:19-cv-01464-APG-BNW<br><br>**Order Denying Motion to Strike as Moot**<br><br>[ECF No. 13] |

In light of the parties' notice of settlement (ECF No. 24),

I ORDER that plaintiff Justin Meyers' motion to strike **(ECF No. 13)** is **DENIED as moot**.

DATED this 17th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE