Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant and
Third-Party Plaintiff Prog
Leasing, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MEYERS, an individual, | Case No. 2:19-cv-01464-APG-BNW |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| PROG LEASING, LLC, a foreign limited-liability company, | |
| Defendant. | |
| PROG LEASING, LLC, | |
| Third Party Plaintiff, | |
| v. | |
| GABRIELLE COOPER, | |
| Third-Party Defendant. | |

      Plaintiff Justin Meyers ("Meyers") and Defendant Prog Leasing, LLC ("Progressive," together with Meyers, the "Parties") submit this joint status report pursuant to the Notice of Settlement filed March 16, 2020 (ECF No. 24).

      Subsequent to March 16, 2020, the Parties negotiated a confidential settlement agreement and general release of claims (the "Agreement"). On April 15, 2020, Third-Party Defendant Gabrielle Cooper signed the Agreement. On April 20,

DMWEST #16487554 v2

2020, Meyers signed the Agreement. The Agreement was signed by Progressive on May 14, 2020. Progressive will fulfill all of its obligations under the Agreement within the next 30 days.

As such, the Parties respectfully request the court set another status report date 45 days from this report.

Dated: May 15, 2020.

LAW OFFICE OF KEVIN L. HERNANDEZ

By: /s/ Kevin L. Hernandez
　　Kevin L. Hernandez
　　Nevada Bar No. 12594
　　8872 S. Eastern Avenue, Suite 270
　　Las Vegas, Nevada  89123

*Attorney for Plaintiff, Justin Meyers*

Dated: May 15, 2020.

BALLARD SPAHR LLP

By: /s/ Stacy H. Rubin
　　Joel E. Tasca
　　Nevada Bar No. 14124
　　Stacy H. Rubin
　　Nevada Bar No. 9298
　　1980 Festival Plaza Drive, Suite 900
　　Las Vegas, Nevada  89135

*Attorneys for Defendant and Third-Party Plaintiff, Prog Leasing, LLC*

IT IS ORDERED that the parties must file dismissal paperwork or a joint status report by June 29, 2020.

**IT IS SO ORDERED**

**DATED: May 19, 2020**

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**