Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant and
Third-Party Plaintiff Prog
Leasing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MEYERS, an individual, | Case No.  2:19-cv-01464-APG-BNW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| PROG LEASING, LLC, a foreign limited-liability company, | |
| Defendant. | |
| PROG LEASING, LLC, | |
| Third Party Plaintiff, | |
| v. | |
| GABRIELLE COOPER, | |
| Third-Party Defendant. | |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Prog Leasing, LLC voluntarily dismisses Third Party Defendant Gabrielle Cooper from the third party complaint.

Gabrielle Cooper has not filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 23, 2020.

By: /s/ Stacy H. Rubin
Joel E. Tasca
Nevada Bar No. 14124
Stacy H. Rubin
Nevada Bar No. 9298
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

*Attorneys for Defendant and Third-Party Plaintiff Prog Leasing, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on June 23, 2020, a true copy of the foregoing Notice of Voluntary Dismiss was filed via the Courts CM/ECF System and electronically served by the court on all parties in interest

Kevin L. Hernandez, Esq.
Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89123
kevin@kevinhernandezlaw.com

*Attorney for Plaintiff*

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP