Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTIN MEYERS, an individual; | Case No.: 2:19-cv-01464-APG-BNW |
| Plaintiff, | |
| v. | |
| PROG LEASING, LLC, a foreign limited-liability company; | **STIPULATION AND ORDER DISMISSING DEFENDANT PROG LEASING, LLC WITH PREJUDICE** |
| Defendant. | |
| _____ | |
| PROG LEASING, LLC, | |
| Third Party Plaintiff, | |
| v. | |
| GABRIELLE COOPER, | |
| Third-Party Defendant. | |

Plaintiff, Justin Meyers ("Plaintiff"), and Defendant, Prog Leasing, LLC ("Prog Leasing") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

under FRCP 41(a) as to all parties, with all parties bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: June 23, 2020

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: June 23, 2020

**BALLARD SPAHR LLP**

*/s/ Stacy H. Rubin*
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
rubins@ballardspahr.com
*Attorneys for Defendant Prog Leasing, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2020.